VINCENTE TIBBS, PLAINTIFF-RESPONDENT, v. HENRY BOEMI, DEFENDANT-APPELLANT.

Argued April 6, 1970—Decided April 15, 1970.

*Mr. Bernard Chazen* argued the cause for appellant.

*Mr. Richard A. Kurland* argued the cause for respondent.

PER CURIAM. The judgment is affirmed for the reasons expressed in the majority opinion of Judge Kolovsky in the Appellate Division.

*For affirmance* — Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANE-MAN—7.

*For reversal*—NONE.